TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*James Dent*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Dent, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| United Resource Systems, Inc., a Colorado corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

NOW COMES THE PLAINTIFF, JAMES DENT, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Chandler, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. The Defendant to this lawsuit is United Resource Systems, Inc., which is a Colorado corporation that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

5. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff to Dorchester County EMS. Defendant is alleging that Mr. Dent owes it $954.61 (the "Debt").

6. The alleged Debt is regarding an ambulance service that Mr. Dent used in 2012 when he had a heart attack. The Debt was originally $767.00.

7. In 2013, Defendant first started contacting Mr. Dent in an attempt to collect the alleged Debt via a letter that it sent to Mr. Dent.

8. On or about October 16, 2013, Mr. Dent's representatives, David Miles McGuire Gardner, PLLC, sent Defendant a letter, which requested that the account be forgiven. It also requested that Defendant contact Mr. Dent directly and not contact Davis Miles McGuire Gardner, PLLC.

9. On or about October 3, 2016, despite Mr. Dent's request for Defendant not to contact his representative, Defendant faxed a letter to Davis Miles McGuire Gardner, PLLC regarding Mr. Dent's alleged Debt.

10. Defendant's letter stated that Mr. Dent owed it $954.61, which included $187.61 for a "finance charge." This is a violation of the FDCPA because Defendant cannot charge a finance charge for a medical debt.

11. In addition, Defendant's above letter failed to disclose that Defendant was a debt collector, in violation of the FDCPA.

12. Defendant's letter stated, "Your account is now being serviced by United Billing Services. For billing inquiries, please contact our Customer Service Department as the number listed below." Upon information and belief, United Billing Services and United Resource Systems are the same company.

13. On or about October 11, 2016, Mr. Dent received a letter from Defendant, which stated that he promised to make a payment or to allow United Resource Systems to automatically deposit his check. This is false. Mr. Dent never agreed to make a payment to Defendant.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

14. Plaintiff reincorporates the preceding allegations by reference.

15. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

16. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

17. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

18. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692c(b) by communicating with any person other than the consumer in connection with the collection of any debt. Defendant did this when it faxed a letter to Davis Miles McGuire Gardner, PLLC

despite Plaintiff's request that Defendant not contact Davis Miles McGuire Gardner, PLLC;

b. 15 U.S.C. §1692e(2)(A) by misrepresenting the character, amount or legal status of any debt. Defendant did this when it added an unauthorized finance charge to the alleged medical Debt.

c. 15 U.S.C. §1692e(10) by using false representations or deceptive means to collect or attempt to collect a debt. Defendant did this when it misrepresented to Plaintiff that he owed it a finance charge. Defendant also did this when it misrepresented that Plaintiff agreed to make a payment to it when Plaintiff made no such agreement with Defendant.

d. 15 U.S.C. §1692e(11) by failing to identify itself as a debt collector in subsequent communications. Defendant did this when it faxed a letter to Davis Miles McGuire Gardner, PLLC without disclosing in the letter that Defendant was a debt collector;

e. 15 U.S.C. §1692e(14) by using any business, company, or organization name other that the true name of the debt collector's business, company or organization. Defendant did this when it faxed a letter to Davis Miles McGuire Gardner, PLLC under the name of United Billing Services; and

    f. 15 U.S.C. §1692f(1) by collecting any amount not permitted by law. Defendant did this when it attempted to collect an illegal finance charge from Mr. Dent.

19. Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Attorneys' fees and costs.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: November 16, 2016

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENT LAW OFFICES


By: */s/  Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
James Dent