TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*James Dent*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Dent,<br><br>    Plaintiff,<br><br>vs.<br><br>United Resource Systems, Inc.,<br>a Colorado corporation,<br><br>    Defendant. | Case No.: 2:16-cv-03969-DKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, through counsel undersigned, hereby dismisses the within action against United Resource Systems, Inc., with prejudice and without costs to either party.

1

| | |
|---|---|
| | KENT LAW OFFICES |
| DATED: January 3, 2017 | |
| | By: _/s/  Trinette G. Kent_ |
| | Trinette G. Kent |
| | Attorneys for Plaintiff, |
| | James Dent |